Terence E. Timblin
**McKEOWN • VERNIER • PRICE • MAHER**
A Joint Venture of McKeown Price LLP
 and Vernier & Maher LLP
115 Hesler Place
Ground Floor, Governor Joseph
Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

**Attorney for Plaintiff**
KAIOH SUISAN CO., LTD.

FILED
DISTRICT COURT OF GUAM
AUG - 1 2002
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD. | CIVIL CASE NO. 02-00021 |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| GUAM YTK CORP., | |
| Defendant. | |

COMES NOW Plaintiff KAIOH SUISAN CO., LTD. ("KAIOH SUISAN") through counsel McKEOWN • VERNIER • PRICE • MAHER, by Terence E. Timblin and complains against the above-named Defendants as follows:

1. This Court has jurisdiction over this matter pursuant to 28 USC §1332.

2. The amount in controversy is Thirty-Five Million Japanese Yen (¥35,000,000) plus any additional installments that may fall due prior to

-1-

entry of judgment, the dollar equivalent of which exceeds Seventy-Five Thousand Dollars ($75,000.00).

3. Plaintiff KAIOH SUISAN, at all times relevant herein, is a foreign corporation organized and existing under the laws of Japan.

4. Upon information and belief, Plaintiff KAIOH SUISAN alleges that Defendant GUAM YTK CORPORATION ("GUAM YTK") is a corporation organized, existing and doing business under the laws of Guam.

5. On or about March 10, 2001, Plaintiff and Defendant entered into an Agreement by which Defendant borrowed One Hundred Million Japanese Yen (¥100,000,000) from Plaintiff. A copy of the Agreement is attached and incorporated herein as Exhibit A.

6. The actual transfer of the funds to Defendant was accomplished by way of two wire transfers of Fifty Million Japanese Yen (¥50,000,000) through a corporate subsidiary of Plaintiff. Copies of the wire transfers are attached and incorporated herein as Exhibits B and C.

7. Pursuant to the terms of the Agreement, Defendant was required to repay the loan in installments of Five Million Japanese Yen (¥5,000,000) at the end of each month beginning with January of 2002.

8. The Agreement further provides that Defendant shall pay interest of two percent (2%) per annum from the date of the transfer of the funds, to be calculated and paid after the final payment of principal is due.

9. As of the end of July of 2002, Thirty-Five Million Japanese Yen (¥35,000,000) is due and payable and Defendant has failed and refused to pay any of this amount.

10. Additional installments will become due and payable prior to the entry of judgment, should Defendant fail and refuse to pay these.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiff KAIOH SUISAN CO., LTD. respectfully requests this Court for Judgment against Defendant as follows:

1. For Thirty-Five Million Japanese Yen (¥35,000,000) plus any installments that shall become due and payable prior to the entry of judgment;

2. In the alternative, for the dollar equivalent of each installment on the date that it became or becomes due and payable, pursuant to 13 GCA §3107(2);

3. For interest at 2% per annum, should this become due and payable prior to the entry of judgment;

4. For post-judgment interest;

5. For costs of suit; and,

6. For such other relief as the Court may deem just and proper.

Respectfully submitted this 1st day of August, 2002.

**McKEOWN • VERNIER • PRICE • MAHER**
Attorney for Plaintiff
**KAIOH SUISAN CO., LTD.**

By: _____
TERENCE E. TIMBLIN

-3-



# AGREEMENT

Guam YTK Corporation, having principal office in Guam, U.S.A. (hereinafter "Guam YTK") and Kaioh Suisan Co., Ltd., having principal office in Tokyo, Japan (hereinafter "Kaioh") agreed as follows on 10TH of March, 2001.

1. Kaioh financed JP¥100,000,000- to Guam YTK relating to the new business of "Guam Kaioh Co., Ltd.", which is duly registered by Government of Guam on 20th of December, 2000, by the remittance of JP¥50,000,000- on 5th of December, 2000 and JP¥50,000,000- on 20th of January, 2001.

2. Guam YTK shall repay the above mentioned amount to Kaioh according to the schedule, which is JP¥5,000,000- at the end of every month starting from JANUARY, 2002 until fulfillment of the whole amount.

3. The interest rate shall be applied 2% per annum from the date of remittance and this shall be calculated and paid after completion of repayment of the finance.

Guam YTK Corporation                Kaioh Suisan Co., Ltd.

_(signature)_                       _(signature)_
Tom T. Kamiyama                     Yoshiki Kuwahara
President    MARCH. 10, 2001.       Chairman

                                    _(signature)_
**EXHIBIT A**                       Shunsaku Yuasa
                                    President

# APPLICATION FOR REMITTANCE AND DECLARATION

| ご連絡日 DATE | ご送金日 SENDING DATE |
|---|---|
| 12.12.01 | 12.12.01 |

U/WE REQUEST YOU TO EXECUTE REMITTANCE IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF FOREIGN REMITTANCE TRANSACTIONS

PLEASE FILL IN BLOCKED SPACE ONLY. PLEASE MARK WITH ☒ WHERE PERTINENT

| 送金種類 | | | |
|---|---|---|---|
| ☒ | 1. 電信送金 | TELEGRAPHIC TRANSFER |
| | 2. 郵便送金 | MAIL TRANSFER |
| | 3. 送金小切手 | REMITTANCE CHECK |
| | 4. | |
| | 5. | |
| | 6. | |

| 支払方法 | | | |
|---|---|---|---|
| ☒ | 1. 通知払 | ADVISE AND PAY |
| | 2. 請求払 | PAY ON APPLICATION |

| | 1. ご依頼人負担 | PAYMENT COMM. FOR APPLICANT'S A/C |
| ☒ | 1. 受取人負担 | PAYMENT COMM. FOR PAYEE'S A/C |

ジャパン・ロシア水産株式会社
代表取締役 湯浅俊策

SIGNATURE OF APPLICANT

送金金額 AMOUNT: **JP¥ 50,000,000-**

代り金引落口座 円預金口座番号: 77-9655

APPLICANT FULL NAME IN PRINT:
**JAPAN RUSSIA MARINE PRODUCTS CO., LTD.**

APPLICANT'S ADDRESS:
東京都中央区入船2丁目3番7号タカフクビル3階
TEL (03) 5548-0888

PAYEE FULL NAME IN PRINT:
**GUAM YTK CORPORATION**

PAYEE'S ADDRESS: GUAM    COUNTRY: U.S.A.

PAYEE'S ACCOUNT NO: **71820663**

PURPOSE: **ADVANCE PAYMENT**    MERCHANDISE: **TUNA**

MESSAGE IF ANY:
**ON BEHALF OF KAIOR SUISAN CO., LTD.**

PAYING BANK:
**UNION BANK OF CALIFORNIA
GUAM BRANCH
GUAM, U.S.A.**

EXHIBIT B

**(APPLICATION FOR REMITTANCE AND DECLARATION)**

DATE: 12.12.27
SENDING DATE: 12.12.27

| ☒ | 1. | TELEGRAPHIC TRANSFER |
| | 2. | MAIL TRANSFER |
| | 3. | REMITTANCE CHECK |
| | 4. | |
| | 5. | |

| ☒ | 1. | ADVISE AND PAY |
| | 2. | PAY ON APPLICATION |
| | 1. | PAYMENT COMM. FOR APPLICANT'S A/C |
| ☒ | 2. | PAYMENT COMM. FOR PAYEE'S A/C |

AMOUNT: **JPY 50,000,000.-**

Account No: 1729655

APPLICANT (FULL NAME IN PRINT):
**JAPAN RUSSIA MARINE PRODUCTS CO., LTD.**

APPLICANT'S ADDRESS:
東京都中央区入船2丁目3番7号タカフクビル3階
TEL. (03) 5548-0888

APPLICANT'S REF NO:

PAYEE (FULL NAME IN PRINT):
**GUAM YTK CORPORATION**

PAYEE'S ADDRESS:
GUAM    COUNTRY: U.S.A.

PAYEE'S ACCOUNT NO:
**71820663**

PURPOSE: **ADVANCE PAYMENT**    MERCHANDISE: **TUNA**

MESSAGE, IF ANY:
**ON BEHALF OF KAIOH SUISAN CO., LTD.**

PAYING BANK:
**UNION BANK OF CALIFORNIA
GUAM BRANCH
GUAM, U.S.A.**

EXHIBIT C

# United States District Court

_____ DISTRICT OF _____

Kaioh Suisan Co., Ltd.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 02-00021

Guam YTK Corporation

ACKNOWLEDGED RECEIPT
By: _____
Date: 08·01·02

TO: (Name and address of defendant)

Guam YTK Corporation
Hotel Wharf, Piti, Guam

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Terence E. Timblin
McKeown Vernier Price Maher
115 Hesler Place
Ground Floor, Governor Joseph Flores Bldg.
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

__Mary L. M. Moran__
CLERK

AUG - 1 2002
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK