# United States District Court

_____ DISTRICT OF _____

Kaioh Suisan Co., Ltd.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 02-00021

Guam YTK Corporation

FILED
DISTRICT COURT OF GUAM
AUG -2 2002
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)

Guam YTK Corporation
Hotel Wharf, Piti, Guam

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Terence E. Timblin
McKeown Vernier Price Maher
115 Hesler Place
Ground Floor, Governor Joseph Flores Bldg.
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

AUG -1 2002
DATE

(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | August 2, 2002 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jared M. Chan | Special Process Server |

Check one box below to indicate appropriate method of service

- [X] Served personally upon the defendant. Place where served: Hotel Wharf, Piti, Guam

- [X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Yoshie M. Kamiyama
  Authorized Representative of Guam YTK Corporation

- [ ] Returned unexecuted:

- [ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Fifty Dollars ($50.00) | Fifty Dollars ($50.00) |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/02/02
Date

Signature of Server
POB 25266 GMF, Guam 96921
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.