TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
AUG 16 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD. ) | CIVIL CASE NUMBER 02-00021 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ANSWER TO COMPLAINT** |
| ) | |
| GUAM YTK CORPORATION. ) | |
| ) | |
| Defendant. ) | |

Guam YTK Corporation answers Plaintiff's Complaint and admits, denies and alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

Defendant admits the allegations in paragraphs 1, 2, 4, 5, and 6 of Plaintiff's Complaint.

### SECOND AFFIRMATIVE DEFENSE

Defendant denies allegations in paragraphs 7, 8, 9, and 10.

### THIRD AFFIRMATIVE DEFENSE

With respect to paragraph no. 3, Defendant is without sufficient information to

**ORIGINAL**

form a belief as to the truth or falsity of paragraph no. 3 and therefore denies on that basis.

## FOURTH AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action upon which relief can be granted.

## FIFTH AFFIRMATIVE DEFENSE

The Plaintiff and Defendant are partners in a fishing operation on Guam conducting business as Guam Kaioh Co., Ltd.("Guam Kaioh"). Notwithstanding the agreement attached to the Complaint, the Defendant did not borrow one hundred million yen (¥100,000,000.00) from the Plaintiff. The Plaintiff sent the one hundred million yen (¥100,000,000.00) to be used by Guam Kaioh in its operation. Plaintiff is the majority shareholder. This money is not a debt of the Defendant. The proceeds were used for the benefit of Guam Kaioh.

## SIXTH AFFIRMATIVE DEFENSE

Notwithstanding the agreement attached to the Complaint, Guam YTK Corporation was not the borrower of any money sent by the Plaintiff. The agreement was drafted by Defendant for Tom Kamiyama's signature. Defendant's authorized representative falsely told Mr. Kamiyama what the document said, and meant, and Kamiyama relied on those representations and signed the agreement. Kamiyama does not read or write English.

## SEVENTH AFFIRMATIVE DEFENSE

The parties and Guam Kaioh have an obligation of good faith to assist in the success of Guam Kaioh. The purpose of these funds was to provide financial assistance for the fishing endeavors of Guam Kaioh and the subsequent failures and problems of Guam Kaioh are because of the failure of Plaintiff to fulfill its obligations of sending 20 fishing boats a month to Guam and then interference by Plaintiff sabotaging the successful operation of Guam Kaioh.

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

Case 1:02-cv-00021   Document 3   -2- Filed 08/16/2002   Page 2 of 4

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from asserting a claim under the doctrines of Estoppel, Laches and Waiver.

**WHEREFORE**, Defendant prays that the Court:

1. Grant Judgment to Defendant and that Plaintiff take nothing thereby.

2. Grant Defendant its attorneys fees and costs.

3. Grant Defendant such other relief as is just and proper.

DATED at Hagåtña, Guam, this 16th day of August, 2002.

**TEKER CIVILLE TORRES & TANG, PLLC**

_____
PHILLIP TORRES
*Attorneys for Defendants*

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

-3-

Case 1:02-cv-00021    Document 3    Filed 08/16/2002    Page 3 of 4

# CERTIFICATE OF SERVICE

I, PHILLIP TORRES, hereby certify, that on August 16th, 2002, a copy of the foregoing Answer to Complaint was duly served, by hand delivery, upon John B. Maher, Esq. at the Offices of McKeown Vernier Price & Maher, 115 Hesler Place, Ground Floor Governor Joseph Flores Building Hagåtña, Guam 96910.

DATED at Hagåtña, Guam, this 16th day of August, 2002.

TEKER CIVILLE TORRES & TANG, PLLC

_____
PHILLIP TORRES
*Attorneys for Defendants*

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

Case 1:02-cv-00021   Document 3   -4 Filed 08/16/2002   Page 4 of 4