Terence E. Timblin
**McKEOWN • VERNIER • PRICE • MAHER**
A Joint Venture of McKeown Price LLP
and Vernier & Maher LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorney for Plaintiff
KAIOH SUISAN CO., LTD.

FILED
DISTRICT COURT OF GUAM
FEB 06 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD. | CIVIL CASE NO. 02-00021 |
| Plaintiff, | |
| vs. | **AGREEMENT AS TO HEARING DATE; CERTIFICATE OF SERVICE** |
| GUAM YTK CORPORATION, | |
| Defendants. | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, TERENCE E. TIMBLIN, am the local counsel for **PLAINTIFF KAIOH SUISAN CO., LTD.** in the above-entitled matter. I contacted the attorney for the opposing party in this action to agree upon a date for oral argument of **PLAINTIFF KAIOH SUISAN CO., LTD.'s MOTION FOR SUMMARY JUDGMENT**.

2. The attorneys for the opposing party are: **PHILLIP TORRES, TEKER CIVILLE TORRES & TANG, PLLC.**

3. Mr. Torres and I agreed upon the following date:

**Friday, March 7, 2003 at 10:00 a.m**.

4. I contacted the Deputy Clerk of Court, District Court of Guam, to ensure that the Court is available on the above date.

Respectfully submitted this 6th day of February, 2003.

**McKEOWN • VERNIER • PRICE • MAHER**
Attorneys for Plaintiff
**KAIOH SUISAN CO., LTD.**

BY: _____
TERENCE E. TIMBLIN

# CERTIFICATE OF SERVICE

I, **TERENCE E. TIMBLIN**, hereby certify that on the 6th day of February, 2003, I caused a copy of the annexed **AGREEMENT AS TO HEARING DATE** to be served upon Defendant, by delivering and leaving a copy of same to its attorney of record, as follows:

**Phillip Torres**
**TEKER CIVILLE TORRES & TANG, PLLC**
Suite 200, 330 Hernan Cortez Avenue
Hagåtña, Guam 96910

Dated this 6th day of February, 2003.

**McKEOWN • VERNIER • PRICE • MAHER**
Attorneys for Plaintiff
**KAIOH SUISAN CO., LTD.**

BY: _____
TERENCE E. TIMBLIN

\\Valerie\c\MarieBackup\My Documents\CLIENTS (NON-GIA)\KAIOH SUISAN CO. LTD\Kaioh v Guam YTK - USDC CVA02-00021\Pleadings\Agreement as to Hearing Date 020503.doc

-3-