**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
FEB 25 2003
MARY L. M. MORAN
CLERK OF COURT



IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| KAIOH SUISAN CO., LTD. | ) | CIVIL CASE NO. 02-00021 |
| Plaintiff, | ) | |
| vs. | ) | **AMENDED SCHEDULING** |
| | ) | **ORDER BY STIPULATION** |
| GUAM YTK CORPORATION., | ) | |
| Defendant. | ) | |

----------

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, a Scheduling Order was adopted and filed on October 29, 2002.

Subsequently, Super Typhoon Pongsona caused numerous problems and delays such that cases have bunched up and deadlines have crowded together. Consequently for good cause, the parties stipulate:

    1.    To extend all of the cut off and filing days set forth in the Order;

2. Plaintiff's Motion for Summary Judgment shall be heard on **March 28, 2003 at 10:00 a.m.**

3. The Preliminary Pretrial Conference currently set for March 14, 2003, at 3:00 p.m. be continued to **April 15, 2003, at 3:00 p.m.**

4. The parties pre-trial materials, discovery material, witness list, designations and exhibit lists shall be filed on or before **April 21, 2003**.

5. The Proposed Pre-Trial Order shall be filed on or before **April 21, 2003**.

6. The final Pre-trial Conference currently set for March 27, 2003 at 3:00 p.m. be continued to **April 29, 2003, at 3:00 p.m.**

7. The Trial currently set for April 4, 2003, at 9:30 a.m. be continued to **May 6, 2003, at 9:00 a.m.**

## ORDER

The Court hereby adopts the parties stipulation and Orders that the new dates shall apply in this matter.

Dated at Hagåtña, Guam, on __FEB 25 2003__.

_____
**HONORABLE JOHN S. UNPINGCO**
**Chief Judge, District Court of Guam**

/ / /

/ / /

/ / /

C:\file3\miscellaneous\Guam YTK CV0846-02

**RECEIVED**
FEB 21 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM