**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| KAIOH SUISAN CO., LTD. | ) | CIVIL CASE NO. 02-00021 |
| Plaintiff, | ) | |
| vs. | ) | **DECLARATION OF** |
| | ) | **TOM KAMIYAMA** |
| GUAM YTK CORPORATION., | ) | |
| Defendant. | ) | |

I, Tom Kamiyama, hereby declare as follows:

1. I am the President of Guam YTK Corporation who is the Defendant in this case and I am making this Declaration on personal knowledge.

2. I am not fluent in the English language and I do not read or write English.

3. This declaration has been read and explained to me in my native language of Japanese and, thus, I am comfortable executing this document.

4. It is true that we received One Hundred Million Yen (¥100,000,000.00) in two (2) separate payments in December, 2001. However, those payments were as described in the wire transfer documents, for the payment of fish and to execute the purposes of our fishing enterprise with the Plaintiff. (See Exhibit "A" attached).

5. The "Agreement" at issue was prepared by the management of Plaintiff and

one of their officers explained it to me after which an executive officer for the Plaintiff signed it and I signed it. The "Agreement" was not explained to me as a loan or as a debt of Defendant.

6. I have never made a payment on this transaction because it is not a loan.

7. Pursuant to our relationship with the Plaintiff, Defendant has shipped fish to Japan on numerous occasions over more that a twelve (12) month period.

I declare under penalty of perjury under the laws of the territory of Guam that the foregoing is true and correct.

Executed at Hagåtña, Guam this ___ day of March, 2003.

_____
TOM KAMIYAMA

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

Case 1:02-cv-00021   Document 10   -2-   Filed 03/14/2003   Page 2 of 5

# Exhibit A

APPLICATION FOR REMITTANCE AND DECLARATION

PLEASE FILL IN BLOCKED SPACE ONLY.
PLEASE MARK WITH O WHERE PERTINENT

DATE: 12.12.01
SENDING DATE: 12.12.01

WE REQUEST YOU TO EXECUTE REMITTANCE IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF FOREIGN REMITTANCE TRANSACTIONS.

ジャパン・ロシア水産株式会社
代表取締役 湯浅俊策

SIGNATURE OF APPLICANT

| | | |
|---|---|---|
| X | 1. | TELEGRAPHIC TRANSFER |
| | 2. | MAIL TRANSFER |
| | 3. | REMITTANCE CHECK |
| | 4. | |
| | 5. | |
| | 6. | |
| X | 1. | ADVISE AND PAY |
| | 2. | PAY ON APPLICATION |
| | 1. | PAYMENT COMM. FOR APPLICANT'S A/C |
| X | 2. | PAYMENT COMM. FOR PAYEE'S A/C |

AMOUNT: JP¥ 50,000,000-

口座番号: 377-9655

APPLICANT (FULL NAME IN PRINT):
JAPAN RUSSIA MARINE PRODUCTS CO., LTD.

APPLICANT'S ADDRESS:
東京都中央区入船2丁目3番7号タカフクビル3階
TEL (03) 5548-0888

PAYEE (FULL NAME IN PRINT):
GUAM YTK CORPORATION

PAYEE'S ADDRESS:
GUAM    COUNTRY: U.S.A.

PAYEE'S ACCOUNT NO: 71820663

PURPOSE: ADVANCE PAYMENT    MERCHANDISE: TUNA

MESSAGE IF ANY:
ON BEHALF OF KAIOH SUISAN CO., LTD.

PAYING BANK:
UNION BANK OF CALIFORNIA
GUAM BRANCH
GUAM, U.S.A.

EXHIBIT B

(APPLICATION FOR REMITTANCE AND DECLARATION)

ご依頼日 DATE: 12.12.27
SENDING DATE: 12.12.27

| | | |
|---|---|---|
| X | 1. | TELEGRAPHIC TRANSFER |
|   | 2. | MAIL TRANSFER |
|   | 3. | REMITTANCE CHECK |
|   | 4. | |
|   | 5. | |

| | | |
|---|---|---|
| X | 1. | ADVISE AND PAY |
|   | 2. | PAY ON APPLICATION |
|   | 1. | PAYMENT COMM. FOR APPLICANT'S A/C |
| X | 2. | PAYMENT COMM. FOR PAYEE'S A/C |

ジャパン・ロシア水産株式会社
代表取締役 湯浅俊策

SIGNATURE OF APPLICANT

AMOUNT: JPY 50,000,000-

1729655

APPLICANT (FULL NAME IN PRINT):
JAPAN RUSSIA MARINE PRODUCTS CO., LTD.

APPLICANT'S ADDRESS:
東京都中央区入船2丁目3番7号タカフクビル3階
TEL: (03) 5548-0888

PAYEE (FULL NAME IN PRINT):
GUAM YTK CORPORATION

PAYEE'S ADDRESS:
GUAM                    COUNTRY: U.S.A.

PAYEE'S ACCOUNT NO:
71820663

PURPOSE: ADVANCE PAYMENT    MERCHANDISE: TUNA

MESSAGE IF ANY:
ON BEHALF OF KAIOH SUISAN CO., LTD.

PAYING BANK:
UNION BANK OF CALIFORNIA
GUAM BRANCH
GUAM, U.S.A.

EXHIBIT C