# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
## CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
MAR 28 2003
MARY L. M. MORAN
CLERK OF COURT

CASE NO. CV-02-00021     DATE: 03/27/2003     TIME: 10:01 a.m.

12

CAPTION: KAIOH SUISAN CO., LTD. -vs- GUAM YTK CORP.

***

Official Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: (Run Time: 10:01:15 - 10:12:20)

Law Clerk: K. WALMSLEY

CSO: N. Edrosa

*********** APPEARANCES ***********

COUNSEL FOR PLAINTIFF(s):

TERRY TIMBLIN

COUNSEL FOR DEFENDANT(s):

PHILLIP TORRES

***

**PROCEEDINGS:**

- MOTION FOR SUMMARY JUDGMENT

( X ) MOTION (S) ARGUED BY ( X ) PLAINTIFF ( X ) DEFENDANT

( X ) MOTION(s) ____Granted _X_ Denied ____Settled ____Withdrawn ____Under Advisement

(  ) ORDER SUBMITTED ____Approved ____Disapproved

( X ) ORDER to be Prepared By: Court

(  ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

COURTROOM DEPUTY: [signature]
L:\Docs\COURTROOM MINUTES\CV-02-00021.wpd

END TIME: 10:12 a.m.