FILED
DISTRICT COURT OF GUAM
APR 1 5 2003
MARY L. M. MORAN
CLERK OF COURT
14

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

KAIOH SUISAN CO., LTD.,

     Plaintiff,

   vs.

GUAM YTK CORP.,

     Defendant.

Civil Case No. 02-00021

ORDER

Due to the scheduling needs of the Court, the Preliminary Pretrial Conference, in the above captioned case, currently calendared to be held on April 15, 2003, the Final Pretrial Conference, currently calendared to be held on April 29, 2003, and the Trial, currently calendared to be held on May 6, 2003, are HEREBY VACATED.

The Preliminary Pretrial Conference will be held on THURSDAY, MAY 22, 2003 AT 3:30 P.M. The Final Pretrial Conference will be held on THURSDAY, JUNE 5, 2003 AT 3:30 P.M. The Trial will be held on TUESDAY, JUNE 10, 2003 AT 9:30 A.M.

SO ORDERED this Monday, April 14, 2003.

_____
JOHN S. UNPINGCO
District Judge

ORIGINAL