DISTRICT COURT OF GUAM
TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
MAY 22 2003
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| KAIOH SUISAN CO., LTD., <br> Plaintiff, <br> vs. <br> GUAM YTK CORP., <br> Defendant. | Civil Case No. 02-00021 <br><br> MINUTES |

( ) SCHEDULING CONFERENCE  (✓) PRELIMINARY PRETRIAL CONFERENCE

May 22, 2003 at 3:50 p.m.

( ) FINAL PRETRIAL CONFERENCE  ( ) OTHER

**Note(s)**: Attorneys Terence E. Timblin and Phillip Torres appeared. The Court was informed by counsel that in the course of discovery the case was becoming much more involved. Therefore they asked the Court for an extension of time in which to prepare this case for trial. The Court granted the request and instructed counsel to prepare and submit an Amended Rescheduling Order. Additionally, the Court told counsel that a Settlement Judge could be arranged to assist in this matter should either of them believe one would be helpful at a later date.

Dated: May 22, 2003.

KIM R. WALMSLEY
**Law Clerk**