**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD. | CIVIL CASE NO. 02-00021 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| GUAM YTK CORPORATION., | |
| Defendant. | |

I, PHILLIP TORRES, ESQ., hereby certify that on the 29th day of May, 2003, a copy of the Notice of Deposition of Tadashi Narushima and the Notice to Take Continued Deposition of Shunsaku Yuasa was served upon and delivered to Plaintiff's counsel, McKeown Vernier Price Maher, at its offices located at 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam.

DATED this 30th day of May, 2003.

_____
PHILLIP TORRES