Terence E. Timblin
McKEOWN • VERNIER • PRICE • MAHER
A Joint Venture of McKeown Price LLP
 and Vernier & Maher LLP
115 Hesler Place
Ground Floor, Governor Joseph
 Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorneys for Plaintiff
KAIOH SUISAN CO., LTD.



FILED
DISTRICT COURT OF GUAM
JUN 04 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM YTK CORP.,<br><br>Defendant. | CIVIL CASE NO. 02-00021<br><br>**SECOND AMENDED SCHEDULING ORDER BY STIPULATION** |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1, for the District Court of Guam, an Amended Scheduling Order by Stipulation was adopted and filed on February 25, 2003 ("Amended Scheduling Order") and April 15, 2003, Order of the Court vacating certain dates in the Amended Scheduling Order ("April 15, 2003 Order").

-1-

Subsequently, the parties discovered that this matter was more complex than originally anticipated and that additional time is needed to complete discovery. Consequently, for good cause, the parties stipulate:

1. To extend all of the cut off and filing days set forth in the Amended Scheduling Order and April 15, 2003 Order;

2. The parties pre-trial materials, discovery material, witness list, designations and exhibit lists shall be filed on or before **Friday, November 28, 2003**.

3. The Proposed Pretrial Order shall be filed on or before **Friday, November 28, 2003**.

4. The Preliminary Pretrial conference shall be held on **Thursday, October 9, 2003, at 3:00 p.m**.

5. The Final Pretrial Conference currently scheduled for Thursday, June 5, 2003, at 3:30 p.m., be continued to **Thursday, October 30, 2003 at 3:00 p.m.**

6. The Trial currently scheduled for Tuesday, June 10, 2003, at 9:30 a.m., be continued to **Friday, December ~~13~~ 12, 2003 at 9:30 a.m.**

# ORDER

The Court hereby adopts the parties Stipulation and Orders that the new dates shall apply in this matter.

Dated at Hagåtña, Guam on  JUN 0 4 2003

_____
HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, District Court of Guam

STIPULATED BY:

McKEOWN • VERNIER • PRICE • MAHER
Attorneys for Plaintiff

By _____  Dated: 6/4/03
TERENCE E. TIMBLIN

TEKER CIVILLE TORRES & TANG PLLC
Attorneys for Defendant

By _____  Dated: 6/4/03
PHILLIP TORRES

RECEIVED
JUN - 4 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM