Terence E. Timblin
VERNIER & MAHER LLP
115 Hesler Place
Ground Floor, Governor Joseph
 Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorneys for Plaintiff
KAIOH SUISAN CO., LTD.

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD. | CIVIL CASE NO. 02-00021 |
| Plaintiff, | |
| vs. | |
| GUAM YTK CORP., | **PLAINTIFF'S WITNESS LIST;** <br> **CERTIFICATE OF SERVICE** |
| Defendant. | |

**COMES NOW**, Plaintiff KAIOH SUISAN CO., LTD. ("KAIOH") through counsel, **VERNIER & MAHER, LLP**, by TERENCE E. TIMBLIN, pursuant to LR 16.7(d)(1) and submits its Witness List.

Plaintiff KAIOH expects to call at trial, other than those contemplated for impeachment or rebuttal, the following witnesses:

1. **SHUNSAKU YUASA** – c/o VERNIER & MAHER, LLP;

2. **TADASHI NARUSHIMA** – 1-9-5, Tamagawa Setagayaku, Tokyo – (03) 3707-1901;

3. **YOSHIKI KUWAHARA** – c/o VERNIER & MAHER, LLP; and,

4. **DAI KANOH** - c/o VERNIER & MAHER, LLP.

Dated this 29th day of July, 2003.

**VERNIER & MAHER, LLP**
**Attorneys for Plaintiff**
**KAIOH SUISAN CO., LTD.**

By_____
TERENCE E. TIMBLIN

# CERTIFICATE OF SERVICE

I, **TERENCE E. TIMBLIN**, hereby certify that on the 29th day of July, 2003, I caused a copy of the annexed **PLAINTIFF'S WITNESS LIST** to be served upon Defendant, by delivering and leaving a copy of same to their attorney of record, as follows:

> **Phillip Torres**
> **TEKER CIVILLE TORRES & TANG, PLLC**
> Suite 200, 330 Hernan Cortez Avenue
> Hagåtña, Guam 96910

Dated this 29th day of July, 2003.

**VERNIER & MAHER, LLP**
**Attorneys for Plaintiff**
**KAIOH SUISAN CO., LTD.**

BY: _____
     **TERENCE E. TIMBLIN**