FILED
DISTRICT COURT OF GUAM
OCT 1 0 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD., | Civil Case No. 02-00021 |
| Plaintiff, | |
| vs. | |
| GUAM YTK CORP., | MINUTES |
| Defendant. | |

( ) SCHEDULING CONFERENCE  (✓) PRELIMINARY PRETRIAL CONFERENCE

October 9, 2003 at 3:15 p.m.

( ) FINAL PRETRIAL CONFERENCE    ( ) OTHER

**Note(s)**: Attorneys John Maher and Phillip Torres appeared. The Court and counsel discussed the following:

    1. Counsel stated that they would both be requiring the services of an interpreter. The Court informed counsel that interpreters would be at the parties' expense. Additionally, the Court suggested that the parties may wish to consider the services of an additional interpreter to serve as a checker interpreter.

    2. Although the parties expected the length of the trial to be no more than two (2) days, the Court informed counsel that the need for an interpreter tends to increase the trial length. Therefore, the Court agreed to give the parties an additional three (3) days to try their respective cases.

3. The Court recommended that counsel should file any motions *in limine* as soon as possible.

4. To shorten the time of the trial, the Court agreed to allow the parties to submit stipulated facts prior to trial.

5. If the parties intend to use depositions transcripts for purposes of a cross-examination, the Court instructed counsel to provide it with a copies.

Dated: October 9, 2003.

_____
KIM R. WALMSLEY
Law Clerk