**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| KAIOH SUISAN CO., LTD. | ) | CIVIL CASE NO. 02-00021 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S WITNESS LIST** |
| GUAM YTK CORPORATION., | ) | |
| Defendant. | ) | |

Defendant, GUAM YTK CORPORATION, submits its witness list in the above-captioned case. Submission of this list is made without waiver of, and with reservation of the right to supplement the list before court proceedings.

1. Tom Kamiyama;
2. Yoshie Kamiyama;
3. Frank Camacho;
4. Shunsaku Yuasa;
5. Tadashi Narushima;
6. Yoshiki Kuwahara; and

7.   Dai Kanoh.

The Defendant reserves the right to call all witnesses that may be revealed in discovery, as well as, within the witness list of the Plaintiff.

**DATED** this 27th day of October, 2003.

TEKER CIVILLE TORRES & TANG, PLLC

By: *[signature]*
PHILLIP TORRES, ESQ.
*Attorneys for Defendant*

C:\File3\GUAM YTK-DC02-00021\witness list.wpd

TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-9891/472-8868

-2-
Case 1:02-cv-00021   Document 22   Filed 10/27/2003   Page 2 of 2