FILED
DISTRICT COURT OF GUAM
OCT 30 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD, <br><br>    Plaintiff, <br>vs. <br>GUAM YTK CORPORATION, <br><br>    Defendants. | Civil Case No. 02-00021 <br><br>ORDER |

This case is scheduled to come before the Court on October 30, 2003, for a Final Pretrial Conference. However, this matter is not scheduled for trial until December 12, 2003. Accordingly, the Final Pretrial Conference shall be rescheduled to December 5, 2003 at 10:30 a.m. pursuant to Local Rule 16.7(h).

IT IS SO ORDERED this 30th day of October, 2003.

JOHN S. UNPINGCO
District Judge

**ORIGINAL**