FILED
DISTRICT COURT OF GUAM
NOV 2 6 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

KAIOH SUISAN CO., LTD,

    Plaintiff,

vs.

GUAM YTK CORPORATION,

    Defendants.

Civil Case No. 02-00021

ORDER

This case is scheduled to come before the Court on December 5, 2003, for a Final Pretrial Conference. However, due to the scheduling needs of this Court, the Final Pretrial Conference shall be rescheduled to December 10, 2003 at 3:00 p.m. pursuant to Local Rule 16.7(h).

IT IS SO ORDERED this 26th day of November, 2003.

JOHN S. UNPINGCO
District Judge