Terence E. Timblin
VERNIER & MAHER LLP
115 Hesler Place
Ground Floor, Governor Joseph
 Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorneys for Plaintiff
KAIOH SUISAN CO., LTD.



# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD. ) | CIVIL CASE NO. 02-00021 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **PLAINTIFF'S EXHIBIT LIST;** |
| GUAM YTK CORP., ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendant. ) | |
| ) | |

**COMES NOW** Plaintiff KAIOH SUISAN CO., LTD. ("KAIOH") through counsel, VERNIER & MAHER, LLP, by Terence E. Timblin, Esq., and, pursuant to LR 16.7(d)(3), hereby submits its Exhibit List.

Plaintiff KAIOH expects to offer at trial, other than those to be used for impeachment or rebuttal, the following exhibits:

**ORIGINAL**

-1-

| EXHIBIT NO. | DATE | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | 12-12-01 | Wire Transfers (2 pp.) | | |
| 2 | 03-10-01 | Agreement (1 p.) | | |
| 3 | Undated | Letter written in Japanese on GUAM YTK CORP. letterhead signed by Tom T. Kamiyama, and English translation thereof (4 pp.) | | |
| 4 | 09-16-00 | Letter written in Japanese on GUAM YTK CORP. letterhead signed by Tom T. Kamiyama, and English translation thereof (3 pp.) | | |

Dated this 26th day of November, 2003.

VERNIER & MAHER, LLP
Attorneys for Plaintiff
KAIOH SUISAN CO., LTD.

BY: _____
TERENCE E. TIMBLIN, ESQ.

## CERTIFICATE OF SERVICE

I, **TERENCE E. TIMBLIN**, hereby certify that on the 26th day of November, 2003, I caused a copy of the annexed **PLAINTIFF'S EXHIBIT LIST** to be served upon Defendant, by delivering and leaving a copy of same to their attorney of record, as follows:

**Phillip Torres**
**TEKER CIVILLE TORRES & TANG, PLLC**
Suite 200, 330 Hernan Cortez Avenue
Hagåtña, Guam 96910

Dated this 26th day of November, 2003.

**VERNIER & MAHER, LLP**
**Attorneys for Plaintiff**
**KAIOH SUISAN CO., LTD.**

BY: _____
TERENCE E. TIMBLIN, ESQ.

KAIOH SUISAN CO., LTD.,
Plaintiff
vs.
GUAM YTK CORP.,
Defendant

DISTRICT COURT OF GUAM, CIVIL ACTION NO. 02-00021

# PLAINTIFF'S EXHIBIT "1"

## WIRE TRANSFERS DATED DECEMBER 12, 2001 (2 pp.)

| | | | | |
|---|---|---|---|---|
| | 1. 電信送金 | TELEGRAPHIC TRANSFER | | |
| | 2. 郵便送金 | MAIL TRANSFER | | |
| | 3. 送金小切手 | REMITTANCE CHECK | | |
| | 4. | | | |
| | 5. | | | |
| | 6. | | | |
| | 1. 通知払 | ADVISE AND PAY | | |
| | 2. 請求払 | PAY ON APPLICATION | | |
| | 1. ご依頼人負担 | PAYMENT COMM. FOR APPLICANT'S A/C | | |
| | 2. 受取人負担 | PAYMENT COMM. FOR PAYEE'S A/C | | |

ジャパン・ロシア水産株式会社
代表取締役 湯浅俊策
SIGNATURE OF APPLICANT

**AMOUNT**
JP¥ 50,000,000—

ご依頼人名 (アルファベットでご記入ください) APPLICANT (FULL NAME IN PRINT)

JAPAN RUSSIA MARINE PRODUCTS CO., LTD.

ご依頼人住所 APPLICANT'S ADDRESS
東京都中央区入船2丁目3番7号 タカフクビル3階
TEL. (03) 5548-0888

受取人名 (アルファベットでご記入ください) PAYEE (FULL NAME IN PRINT)

GUAM YTK CORPORATION

受取人住所 PAYEE'S ADDRESS
GUAM    (COUNTRY) U.S.A.

受取人口座番号 PAYEE'S ACCOUNT NO
71820663

送金目的 PURPOSE
ADVANCE PAYMENT    TUNA

送金人名 MESSAGE IF ANY
ON BEHALF OF KAIOR SUISAN CO., LTD.

支払銀行 PAYING BANK
UNION BANK OF CALIFORNIA
GUAM BRANCH
GUAM, U.S.A.

PLAINTIFF'S EXHIBIT 1

# TELEGRAPHIC TRANSFER

ご依頼日 DATE: 12.12.27

- X 1. 電信送金 TELEGRAPHIC TRANSFER
- 2. 郵便送金 MAIL TRANSFER
- 3. 送金小切手 REMITTANCE CHECK

ジャパン・ロシア水産株式会社
代表取締役 湯浅俊策

- X 1. 通知払 ADVISE AND PAY
- 2. 請求払 PAY ON APPLICATION
- 1. ご依頼人口座 PAYMENT COMM. FOR APPLICANT'S A/C
- X 2. 受取人口座 PAYMENT COMM. FOR PAYEE'S A/C

**AMOUNT:** JPY 50,000,000-

R V 1729655

**APPLICANT (FULL NAME IN PRINT):**
JAPAN RUSSIA MARINE PRODUCTS CO., LTD.

**APPLICANT'S ADDRESS:**
東京都中央区入船2丁目3番7号 タカフジビル3階
TEL: (03) 5518-0888

**PAYEE (FULL NAME IN PRINT):**
GUAM YTK CORPORATION

**PAYEE'S ADDRESS:**
GUAM

**COUNTRY:** U.S.A.

**PAYEE'S ACCOUNT NO:** 71820663

**PURPOSE:** ADVANCE PAYMENT — TUNA

**MESSAGE IF ANY:**
ON BEHALF OF KAIOH SUISAN CO., LTD.

**PAYING BANK:**
UNION BANK OF CALIFORNIA
GUAM BRANCH
GUAM, U.S.A.

PLAINTIFF'S EXHIBIT 1

KAIOH SUISAN CO., LTD.,
Plaintiff
vs.
GUAM YTK CORP.,
Defendant

DISTRICT COURT OF GUAM, CIVIL ACTION NO. 02-00021

# PLAINTIFF'S EXHIBIT "2"

## AGREEMENT DATED MARCH 10, 2001 (1 p.)

# AGREEMENT

Guam YTK Corporation, having principal office in Guam, U.S.A. (hereinafter "Guam YTK") and Kaioh Suisan Co., Ltd., having principal office in Tokyo, Japan (hereinafter "Kaioh") agreed as follows on _10th_ of March, 2001.

1. Kaioh financed JP¥100,000,000- to Guam YTK relating to the new business of "Guam Kaioh Co., Ltd.", which is duly registered by Government of Guam on 20th of December, 2000, by the remittance of JP¥50,000,000- on 5th of December, 2000 and JP¥50,000,000- on 20th of January, 2001.

2. Guam YTK shall repay the above mentioned amount to Kaioh according to the schedule, which is JP¥5,000,000- at the end of every month starting from ~~March, 2001~~ JANUARY, 2002 until fulfillment of the whole amount.

3. The interest rate shall be applied 2% per annum from the date of remittance and this shall be calculated and paid after completion of repayment of the finance.


Guam YTK Corporation                    Kaioh Suisan Co., Ltd.

_signature_                              _signature_
Tom T. Kamiyama                          Yoshiki Kuwahara
President        MARCH. 10, 2001.        Chairman

**PLAINTIFF'S EXHIBIT 2**

                                         _signature_
                                         Shunsaku Yuasa
                                         President

KAIOH SUISAN CO., LTD.,
Plaintiff
vs.
GUAM YTK CORP.,
Defendant

DISTRICT COURT OF GUAM, CIVIL ACTION NO. 02-00021

# PLAINTIFF'S EXHIBIT "3"

**UNDATED LETTER WRITTEN IN JAPANESE ON GUAM YTK CORP. LETTERHEAD SIGNED BY TOM T. KAMIYAMA, AND ENGLISH TRANSLATION (4 pp.)**



**Guam Y.T.K. Corporation**
General Development Industry
P.O. BOX 24134
GMF, GUAM 96921 U.S.A.
PHONE: 649-6961 • FAX: (671) 649-7520
Y.T.K. Marine Products

海王水産株式会社

　桑原 芳樹 様

先般は お忙しい中 グアムまでお越しいただきありがとうございました。 貴殿ご視察のとおり現在グアムは日本及び台湾のまぐろ船の日本への中継基地として発展しつつあります。私共もグアム政府よりやっと漁港（ホテルワーフ）の使用リース権を得てその準備に入っております。 幸運にも鳴島氏の紹介で貴海王水産、桑原会長 および 湯浅社長とお会いする事ができ、又、まぐろ出荷会社を貴社のご協力を得て設立する事が出来、私の念願であったこの仕事もどうにか先が見える様になりました。現在、新しくまぐろの水揚げ場所になる ホテルワーフ に仮設の事務所と作業場を作るべく準備しております。今月中には出来上がる予定です。 今後は海王水産と一緒にこのプロジェクトを成功させる為にがんばっていく決意です。

ホテルワーフ（新漁港）の政府との本契約の条件も詰めており、諸条件合意の元で無事契約できると思います。

本プロジェクトをスタートする為に政府に対しての権利金および建設準備金の用意を示す必要があり、大変勝手申して申し訳ありませ


PLAINTIFF'S EXHIBIT 3

んが、準備金として一億円を2回に分けてお借りしたくお願い申し上げます。この金額に対しては私が責任をもってご返済いたします。又、必要であれば、私の持っている資産を担保として提出できます。よろしくお願いいたします。

資金必要月/日

　第1回　2000年12月5日　　5000万円

　第2回　2000年1月20日　　5000万円

　　　　　　　　　　　　計　　一億円

借入金返済計画

　第1回　2000年3月より

金＊500＊万円を毎月末日までにご返済いたします。又、銀行借入及び、その他業者からの権利金が得られた時は残金を一括してご返済いたします。ぜひともご協力の程よろしくお願いします。

　　　　　　　　　　　　　　　Guam YTK Corporation

　　　　　　　　　　　　　　　*(signature)*
　　　　　　　　　　　　　　　Tom T Kamiyama

**PLAINTIFF'S EXHIBIT 3**



# Guam YTK Corporation
**General Development Industry**
P.O. BOX 24134
GMF, GUAM 96921 U.S.A.
Phone: 649-6961  Fax: (671) 649-7520
Y.T.K. Marine Products

Kaio Suisan Co., Ltd.

Mr. Yoshiki Kuwabara

Thank you for visiting Guam recently despite your busy schedule. As per your inspection, Guam has the capability to develop into a port of transfer to Japan for Japanese and Taiwanese tuna fishing vessels. I have finally acquired the lease rights to use a fishing port (Hotel Wharf) from the government, and am presently making those preparations. I had the good fortune through Mr. Narushima of being introduced to Kaio Suisan, Chairman Kuwabara, and [the] President Mr. Yuwasa. Also, a Tuna Forwarding company was established with your company's cooperation. It seems that my heart's wish for this work is in sight. Presently the necessary preparations are being made for a temporary office and work area at the future fish off-loading site at Hotel Wharf. Completion is scheduled to be within this month. I have determined to work hard with Kaio Suisan to succeed with this project. The conditions of the contract with the Government for Hotel Wharf (new fishing port) are also being put together, and I believe that through the agreement of the various conditions that a contract can be concluded.

In order for this project to start, it is necessary to show the government funds for the [new fishing port] rights and construction. Please forgive me for a personal request, but I would like to borrow a sum of 100,000,000 in two installments. I will take responsibility to repay this amount. Furthermore, if necessary, I can provide assets that I own as collateral. I ask for your favor.

Necessary Dates for Funds

| | | |
|---|---|---|
| First payment: | December 5, 2000 | 50,000,000Yen |
| Second payment: | January 20, 2001 | 50,000,000Yen |
| | Total: | 100,000,000Yen |

Plan for Repayment of Loan:

First payment:        From March 2000



PLAINTIFF'S EXHIBIT 3

an amount of 5,000,000 will be repaid at the end of each month. Also, once a bank loan and the payment by other companies for the rights are received, the remaining balance [of the loan] will be repaid in one lump sum payment. I request for your cooperation.

Guam YTK Corporation

Tom T. Kamiyama

Certificate of Translation
I, Tamio S Clark, a duly approved translator and interpreter with the Superior Court and District Court of Guam, do hereby certify that the above document (two pages total) was translated by me to the best of my ability.

Tamio S. Clark

**PLAINTIFF'S EXHIBIT 3**

KAIOH SUISAN CO., LTD.,
Plaintiff
vs.
GUAM YTK CORP.,
Defendant

DISTRICT COURT OF GUAM, CIVIL ACTION NO. 02-00021

# PLAINTIFF'S EXHIBIT "4"

## LETTER DATED SEPTEMBER 16, 2000, WRITTEN IN JAPANESE ON GUAM YTK CORP. LETTERHEAD SIGNED BY TOM T. KAMIYAMA, AND ENGLISH TRANSLATION (3 pp.)

Sep. 16. 2000.

attn: Mr. Sasaki
General manager,
Kaio Fisheries Co. LTD.
5-F Kochi M.K. Building,
Tokyo Japan.

Dear Mr. Sasaki san,

拝啓、

貴社益々御隆栄の事とお慶び申し上げます。

時下が悪さで恐縮ですが、鳴戸社長より

貴殿、会社御紹介に賜わりました。

弊社 Guam Y.T.K. Corporation は漁港整備と

(運営を Guam 政府より依頼され、現在以上の

活性化にstartする予定です。

日本から、いくつかの会社様引合いが来ておりますが、

鳴戸社長との関係を重視して貴社の海王水産

(株)と弊社 Y.T.K. Group の遠洋の荷扱いの、

PLAINTIFF'S
EXHIBIT
4

業務を開始する事が良いかと考えております。

現在 Y.T.K. Group といたしまして 弊社の脈を含めて 8隻 ありますが 今年中には 20隻 〜 30隻 程度に成る予定です。

宜しく 潮険剤の程度 お願い致します。

Yours Sincerely,

Tom T. Kamiyama
Guam. Y.T.K Corporation

C.C. Mr. Tadashi Narushima
President
Trade Wind Associates. LTD



FAX BY GUAM Y.T.K. CORPORATION

Sep.16, 2000
Attn : Mr. Sasaki
    Kaioh Suisan Co., Ltd.


Dear Mr. Sasaki,

We were introduced your company by president Narushima.

We, Guam Y.T.K. Corporation has been requested the port construction and its management by Guam government and will start consideration in order to make more dynamic operation.

Though we have received interests from several Japanese companies we would like to make business about our fish products with Kaioh Suisan considering relationship of president Narushima.

At present we are controlling 8 boats including ours and will increase by 20 to 30 fishing boats within this year.


Yours Sincerely,
Tom T. Kamiyama
Guam Y.T.K. Corporation


C.C. Mr. Tadashi Narushima



PLAINTIFF'S
EXHIBIT
4