TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*
*Guam YTK Corp.*



IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD., | CIVIL CASE NO. CV02-00021 |
| Plaintiff, | |
| vs. | **DEFENDANT'S EXHIBIT LIST** |
| GUAM YTK CORP., | |
| Defendant. | |

Defendant Guam YTK Corp., through counsel, hereby submits its Exhibit List pursuant to L.R. 16.7(d)(3).

Defendant Guam TYK Corp. expects to offer at trial, other than those to be used for impeachment or rebuttal, the following exhibits:

**ORIGINAL**

| Exhibit No. | Date | Description | Identified | Admitted |
|---|---|---|---|---|
| A | 12/20/00 | Guam Kai Oh Co., Ltd. Certificate of Incorporation | | |
| B | -- | Breakdown of Use of 100 Million Yen | | |
| C | -- | Breakdown of Use of $200,000 | | |
| D | 11/28/00 | Wire Transfer to Mr. Narushima | | |
| E | 02/01-02/02 | Monthly Invoices (#1-11 collectively) | | |
| F | 03/09/03 | Fax and translation from Oryoumaru Captain | | |

DATED at Hagåtña, Guam, this 28TH day of November, 2003.

TEKER CIVILLE TORRES & TANG, PLLC

By   **PHILLIP TORRES**
*Attorneys for Defendant*