TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
DEC 03 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| KAIOH SUISAN CO., LTD. | ) | CIVIL CASE NO. 02-00021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF LODGEMENT** |
| | ) | **OF DEPOSITION TRANSCRIPTS** |
| GUAM YTK CORPORATION, | ) | **FOR TRIAL** |
| | ) | |
| Defendant. | ) | |

----------

TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 32.1 of the local Rules of Practice for the District Court of Guam, Defendant hereby lodges the originals of the deposition transcripts listed below for use at trial. Thus, no portions of the Depositions have been marked since their anticipated use is for cross examination of expected witness and for impeachment.

ORIGINAL DEPOSITION TRANSCRIPTS OF:

1. SHUNSAKU YUASA taken on May 21, 2003.

2. SHUNSAKU YUASA taken on June 11, 2003.

/ / /

**ORIGINAL**

3. TADASHI NARUSHIMA taken on June 11, 2003.

Respectfully submitted this 3rd day of December, 2003.

**TEKER CIVILLE TORRES & TANG, PLLC**

By: _____
for **PHILLIP TORRES, ESQ.**
*Attorneys for Defendant*

**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868

C:\File3\GUAM YTK-DC02-00021\Notice of lodgement of transcripts.wpd -2-

Case 1:02-cv-00021    Document 29    Filed 12/03/2003    Page 2 of 2