

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

KAIOH SUISAN CO., LTD,

    Plaintiff,

vs.

GUAM YTK CORPORATION,

    Defendants.

Civil Case No. 02-00021

ORDER

This case is scheduled to come before the Court on December 10, 2003, for a Final Pretrial Conference and trial is scheduled to begin on December 12, 2003. However, there is a Renewed Motion for Summary Judgment filed by the defendants, that has not yet been decided which may have bearing on the posture of this case. Therefore, pending resolution of this matter, the Court will vacate the present scheduling order and will re-calendar the Final Pretrial Conference and trial dates as appropriate.

IT IS SO ORDERED this 9th day of December, 2003.

JOHN S. UNPINGCO
District Judge