FILED
DISTRICT COURT OF GUAM
JUN 21 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

KAIOH SUISAN CO., LTD,

    Plaintiff,

vs.

GUAM YTK CORPORATION,

    Defendants.

Civil Case No. 02-00021

ORDER

The trial in this case is scheduled to begin on June 29, 2004. However, due to the scheduling needs of the Court, the trial and pretrial conferences in this matter need to be rescheduled. Accordingly, the Court hereby schedules the preliminary pretrial conference to August 3, 2004 at 10:00 a.m. before Magistrate Judge Manibusan and the trial to August 24, 2004 at 9:30 a.m. before District Court Judge Ronald Lew. Once Judge Lew's schedule becomes more firm, a date and time will be set aside for the final pretrial conference.

IT IS SO ORDERED this 21st day of June, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge