```
                                          FILED
                                    DISTRICT COURT OF GUAM
 1
                                         AUG - 3 2004
 2
                                       MARY L. M. MORAN
 3                                      CLERK OF COURT

 4                                      
 5
                      DISTRICT COURT OF GUAM
 6
                        TERRITORY OF GUAM
 7
 8
 9
10   KAIOH SUISAN CO., LTD.,                Civil Case No. 02-00021
11        Plaintiff,
12        vs.
13   GUAM YTK, CORP.,                       MINUTES
14        Defendants.
15
16   ( ) SCHEDULING CONFERENCE      (√) PRELIMINARY PRETRIAL CONFERENCE
                                        (August 3, 2004 at 10:17 a.m.)
17
     ( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE
18
19   **Notes:** Attorney Terrence Timblin appeared on behalf of the plaintiff Kaioh Suisan Co., Ltd.
20   Attorney Phillip Torres appeared on behalf of the defendant Guam YTK, Corp.
21          The Magistrate Judge and counsel discussed the differences between the proposed
22   Pretrial Orders submitted by each party. Attorney Torres stated that he was not opposed to the
23   Court signing the plaintiff's submission. Accordingly, the Court executed the Pretrial Order
24   submitted by the plaintiff with changes as agreed upon by counsel.
25          Counsel stated that the true issue in this case is the interpretation of the document
26   executed by the parties: whether the transaction involved a loan or an investment.
27          Attorney Torres stated that he may possibly filed an amended witness list and an
28   amended exhibit list.
```

1 Attorney Torres inquired into the number of exhibit binders to be lodged with the Court. He was advised that a total of 3 exhibit binders (original plus two copies) were required to be lodged with the Court, in addition to the binder which each party was to provide to opposing counsel. Counsel stated that they would submit the required number of exhibit binders with the Court if they have not done so already.

Counsel stated that they would not be calling any expert witnesses.

Counsel were advised that they had the burden of providing a translator for any witness who required such services.

The conference concluded at 10:45 a.m.

Dated: August 3, 2004

*Judith P. Hattori*
JUDITH P. HATTORI
Law Clerk

-2-