1  **TEKER TORRES & TEKER, P.C.**
   SUITE 2A, 130 ASPINALL AVENUE
2  HAGÅTÑA, GUAM 96910
   TELEPHONE: (671) 477-9891~4
3  FACSIMILE: (671) 472-2601

FILED
DISTRICT COURT OF GUAM

AUG 1 0 2004

MARY L. M. MORAN
CLERK OF COURT

(36)

4  *Attorneys for Defendant*

5

6

7                    IN THE DISTRICT COURT OF GUAM

8                              ----------

9  KAIOH SUISAN CO., LTD.              )    CIVIL CASE NO. 02-00021
                                       )
10                 Plaintiff,          )
                                       )
11        vs.                          )    **DEFENDANT'S AMENDED**
                                       )    **EXHIBIT LIST**
12  GUAM YTK CORPORATION.,             )
                                       )
13                 Defendant.          )

14                              ----------

15        Defendant Guam YTK Corp., through counsel, hereby submits it Amended Exhibit

16  List pursuant to L.R. 16.7(d)(3).

17        Defendant Guam YTK Corp. expects to offer at trial, other than those to be used for

18  impeachment or rebuttal, the following exhibits:

19

20

21

22

23  / / /

                                                              **ORIGINAL**

C:\File3\GUAM YTK-DC02-00021\Amended Exh List.wpd

# DEFENDANT'S AMENDED EXHIBIT LIST

## *Kaioh Suisan Co., Ltd., vs. Guam YTK Corp.*
### Civil Case No. CV02-00021

| EXHIBIT NO. | DATE | PLAINTIFF'S EXHIBIT | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| A. | 12/20/00 | Guam Kai Oh Co., Ltd. Certificate of Incorporation | | |
| B. | – | Breakdown of Use of 100 Million Yen | | |
| C. | – | Breakdown of Use of $200,000 | | |
| D. | 11/28/00 | Wire Transfer to Mr. Narushima | | |
| E. | 01/01 - 02/02 | Monthly Invoices (#1-11 collectively) | | |
| F. | 03/09/03 | Fax and translation re: Oryou-maru from Captain M Makoto Maezato | | |
| G. | 12/13/00 | Articles of Incorporation of Guam Kai Oh Co., Ltd. | | |
| H. | 05/20/02 | Certificate of Title for Oryo Maru | | |
| I. | 12/14/00 | Guam Y.T.K. Corporation's Cashiers Check No. 633529 in the amount of $377,324.59 payable to Shoyo Suisan Co., Ltd. | | |

**DATED** at Hagåtña, Guam, this 10th day of August, 2004.

**TEKER TORRES & TEKER, P.C.**

By: _____
**PHILLIP TORRES, ESQ.**
*Attorneys for Defendant*

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891

Case 1:02-cv-00021    Document 37    Filed 08/10/2004    Page 2 of 2
C:\File3\GUAM YTK-DC02-00021\Amended Exh List.wpd    -2-