FILED
DISTRICT COURT OF GUAM

AUG 2 4 2004

MARY L. M. MORAN
CLERK OF COURT

Terence E. Timblin
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorney for Plaintiff
KAIOH SUISAN CO., LTD.

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD. | CIVIL CASE NO. 02-00021 |
| Plaintiff, | |
| vs. | **STIPULATED JUDGMENT** |
| GUAM YTK CORP., | |
| Defendant. | |

COME NOW Plaintiff KAIOH SUISAN CO., LTD. through counsel, VERNIER & MAHER, LLP, by Terence E. Timblin, Esq., and the Defendant GUAM YTK CORP., through counsel TEKER TORRES & TEKER, P.C., by Phillip Torres, Esq., and hereby stipulate and agree as follows:

1.     That Defendant GUAM YTK CORP., is indebted to Plaintiff KAIOH SUISAN CO., LTD., in the sum of One Hundred Million Japanese Yen ((¥100,000,000)

-1-

**ORIGINAL**

pursuant to the parties written Agreement and the Defendant GUAM YTK CORP.'s breach thereof.

2.     That Judgment may be entered in the above-entitled action, in favor of Plaintiff KAIOH SUISAN CO., LTD., and against Defendant GUAM YTK CORP., as follows:

     a.     For One Hundred Million Japanese Yen (¥100,000,000); or, in the alternative, for the sum of Eight Hundred Sixteen Thousand Seven Hundred Seventy-Five and 68/100 Dollars ($816,775.68), which is the dollar equivalent of One Hundred Million Japanese Yen (¥100,000,000), as calculated by the method proposed by Plaintiff;

     b.     For interest at the rate of two percent (2%) per annum from the due date of each installment provided for in the Agreement until the date of Judgment; and

     c.     For post-judgment interest at the legal rate of six percent (6%) per annum from entry of judgment until fully satisfied.

3.     That each party shall bear its own costs and attorney's fees.

DATED: ___8/20/04___     DATED: ___8/23/04___

VERNIER & MAHER, LLP
Attorneys for Plaintiff
KAIOH SUISAN CO., LTD.

TEKER TORRES & TEKER, P.C.
Attorneys for Defendant
GUAM YTK CORP.

By _____
   TERENCE E. TIMBLIN, ESQ.

By _____
   PHILLIP TORRES, ESQ.

-2-

# JUDGMENT

Pursuant to stipulation of the parties to this action,

IT IS HEREBY ORDERED, ADJUDGED and DECREED, that Judgment be, and the same hereby is, entered in the above-entitled action, in favor of Plaintiff KAIOH SUISAN CO., LTD., and against Defendant GUAM YTK CORP., as follows:

1.     For One Hundred Million Japanese Yen (¥100,000,000); or, in the alternative, for the sum of Eight Hundred Sixteen Thousand Seven Hundred Seventy-Five and 68/100 Dollars ($816,775.68), which is the dollar equivalent of One Hundred Million Japanese Yen (¥100,000,000), as calculated by the method proposed by Plaintiff;

2.     For interest at the rate of two percent (2%) per annum from the due date of each installment provided for in the Agreement until the date of Judgment;

3.     For post-judgment interest at the legal rate of six percent (6%) per annum from entry of judgment until fully satisfied; and

4.     Each party herein shall bear its own costs and attorney's fees.

DATED: _August 24, 2004_

_____
**HONORABLE RONALD LEW, JUDGE**
**DISTRICT COURT OF GUAM**

Notice is hereby given that this document was entered on the docket on AUG 2 4 2004. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____ AUG 2 4 2004
Deputy Clerk    Date

**RECEIVED**

AUG 2 4 2004

DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-