Terence E. Timblin
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

**Attorney for Plaintiff**
KAIOH SUISAN CO., LTD.

FILED
DISTRICT COURT OF GUAM
OCT 21 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD., ) | CIVIL CASE NO. 02-00021 |
| Plaintiff, ) | |
| vs. ) | **INSTRUCTIONS TO MARSHAL** |
| GUAM YTK CORP., ) | |
| Defendant. ) | |

**TO: THE UNITED STATES MARSHAL SERVICE, GREETINGS:**

These instructions are given to you pursuant to the Writ of Execution in the above-entitled case, a copy of which is attached to the Notice of Levy on Bank Accounts and Safe Deposit Boxes of Defendant **GUAM YTK CORPORATION**, Post Office Box 24134, GMF, Guam 96921, to the extent necessary to satisfy the Judgment, pre-judgment interest and legal interest due. Please levy on the bank account(s) and safe deposit box(es) of Defendant **GUAM YTK CORPORATION**, by serving a copy of

-1-

the Notice of Levy on Bank Accounts and Safe Deposit Boxes of Defendant **GUAM YTK CORPORATION**.

Please notify this office of your receipt of any monies, goods, letters of credit, effects, debts, due or owing, safe deposit boxes or contents, or any personal property in their possession or under their control belonging to the within judgment debtor, Defendant **GUAM YTK CORPORATION**.

Dated this _19th_ day of October, 2004.

**VERNIER & MAHER, LLP**
Attorneys for Plaintiff
**KAIOH SUISAN CO., LTD.**

BY: _____
TERENCE E. TIMBLIN, ESQ.

-2-

Case 1:02-cv-00021    Document 40    Filed 10/21/2004    Page 2 of 2