Terence E. Timblin
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorney for Plaintiff
KAIOH SUISAN CO., LTD.

FILED
DISTRICT COURT OF GUAM
OCT 21 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD. | CIVIL CASE NO. 02-00021 |
| Plaintiff, | |
| vs. | **DECLARATION OF COUNSEL IN SUPPORT OF WRIT OF EXECUTION** |
| GUAM YTK CORP., | |
| Defendant. | |

I, **TERENCE E. TIMBLIN**, hereby declare and state as follows:

1. I am an associate attorney in the law firm of VERNIER & MAHER, LLP, counsel for Plaintiff KAIOH SUISAN CO., LTD. ("KAIOH SUISAN") in the above referenced action;

2. That Judgment was obtained in this case in favor of Plaintiff KAIOH SUISAN and against Defendant GUAM YTK CORPORATION on August 24, 2004, for the principal sum of Eight Hundred Sixteen Thousand Seven Hundred Seventy-Five and 68/100 Dollars

-1-

($816,775.68); prejudgment interest at the rate of two percent (2%) per annum from the due date of each installment provided for in the Agreement until the date of Judgment (i.e., August 24, 2004) or the sum of $65,986.65; and post judgment interest at the rate of six percent (6%) per annum from the date of the entry of Judgment (i.e., August 24, 2004) until fully satisfied, and that Defendant GUAM YTK CORPORATION has execution therefore.

3. That Judgment is presently due and owing as Defendant GUAM YTK CORPORATION, has not paid said sum in full despite demand by Plaintiff KAIOH SUISAN; and,

4. Declarant believes it is in Plaintiff KAIOH SUISAN's best interest to have a Writ of Execution issued at this time.

I declare under the penalty of perjury under the laws of the United States of America and Guam that the foregoing is true and correct.

Executed this _19th_ day of October, 2004, in Hagåtña, Guam.

TERENCE E. TIMBLIN