Terence E. Timblin
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorney for Plaintiff
KAIOH SUISAN CO., LTD.

FILED
DISTRICT COURT OF GUAM
NOV 10 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD. | CIVIL CASE NO. 02-00021 |
| Plaintiff, | |
| vs. | **WRIT OF EXECUTION** |
| GUAM YTK CORP., | |
| Defendant. | |

**TO: THE UNITED STATES MARSHAL SERVICE, GREETINGS:**

Plaintiff KAIOH SUISAN CO., LTD. ("KAIOH SUISAN"), on August 24, 2004, obtained Judgment, before the Honorable District Court Judge Ronald Lew, in Hagåtña, Guam, against Defendant **GUAM YTK CORPORATION**, Post Office Box 24134, GMF Guam, 96921, that Plaintiff KAIOH SUISAN shall recover the sum of Eight Hundred Sixteen Thousand Seven Hundred Seventy-Five and 68/100 Dollars ($816,775.68); prejudgment interest at the rate of two percent (2%) per annum from the due date of each installment provided for in the Agreement until the date of

-1-

Judgment (i.e., August 24, 2004) or the sum of $65,986.65; and post judgment interest from the date of the entry of Judgment (i.e., August 24, 2004) until fully satisfied.

WHEREAS, there remains a balance of the Judgment in the sum of Eight Hundred Sixteen Thousand Seven Hundred Seventy-Five and 68/100 Dollars ($816,775.68), prejudgment interest of $65,986.65; and statutory interest, presently due and owing as the Defendant **GUAM YTK CORPORATION** has not paid any part thereof.

NOW, THEREFORE, you are commanded to take with you the power of the Territory, if necessary, and to seize, attach, levy and sell that of the monies, accounts, goods and chattels of Defendant **GUAM YTK CORPORATION** in and to the following specified banks:

**BANK OF GUAM**
**BANK OF HAWAII**
**BANKPACIFIC**
**CITIBANK, N.A.**
**CITIZENS SECURITY BANK**
**COMMUNITY FIRST GUAM FEDERAL CREDIT UNION**
**FIRST HAWAIIAN BANK**
**GOVERNMENT OF GUAM EMPLOYEES' FEDERAL CREDIT UNION**
**METROPOLITAN BANK & TRUST**
**NAVMAR FEDERAL CREDIT UNION**
**NAVY FEDERAL CREDIT UNION**
**PENTAGON FEDERAL CREDIT UNION**
**UNION BANK OF CALIFORNIA**
**USA FEDERAL CREDIT UNION**

YOU ARE FURTHER COMMANDED to take with you the power of the Territory, if necessary, and to seize, attach, levy and sell that of the monies, accounts, goods and chattels of Defendant **GUAM YTK CORPORATION** you cause

to be levied the damages, and interest mentioned above, and your fees on such Writ, and that you return this Writ with your doings endorsed on it, to the undersigned within sixty (60) days from this date.

WITNESS my hand and seal of this Court this *November 10, 2004*.

HON. JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT
OF GUAM

RECEIVED
NOV - 9 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM