to be levied the damages, and interest mentioned above, and your fees on such Writ, and that you return this Writ with your doings endorsed on it, to the undersigned within sixty (60) days from this date.

WITNESS my hand and seal of this Court this NOV 10 2004

/s/ Joaquin V.E. Manibusan Jr.
HON. JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT
OF GUAM

**FILED**
DISTRICT COURT OF GUAM
DEC 29 2004
MARY L.M. MORAN
CLERK OF COURT

(43)

RETURNED UNEXECUTED
Date 12/29/2004

I HAVE SERVED THE WITHIN UNEXECUTED (WRIT-ORDER)
ON 12-29-04 4:PM BY LEAVING WITH
(DATE & TIME)
UNEXECUTED
(NAME & TITLE OF INDIVIDUAL SERVED)
JOAQUIN C.G. SALAS
USM
BY: V. [signature]
DUSM

**RECEIVED**
DEC 29 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
| --- | --- |
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

**RECEIVED DEC 29 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM**

| PLAINTIFF | COURT CASE NUMBER |
| --- | --- |
| Kaioh Suisan Co., Ltd. | Civil Case No. 02-00021 |
| DEFENDANT | TYPE OF PROCESS |
| Guam YTK Corp. | Execution & Levy |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
| --- | --- |
| ➤ | Bank of Guam |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 111 Chalan Santo Papa Hagatna, Guam 96910 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Terence E. Timblin, ESQ.
VERNIER & MAHER, LLP
115 Hesler Place, Ground Flr.
Gov. Joseph Flores Building
Hagatna, Guam 96910
Tel: 477-7059   Fax: 472-5487

| | |
| --- | --- |
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Bank of Guam
P.O. BOX BW
Hagatna, Guam 96932
Tel: 472-5300
Fax: 477-5454

Hours of Operation:
Mon. - Thurs.: 10:00 a.m. - 3:00 p.m.
Friday: 10:00 a.m. - 6:00 p.m.
Saturday: 10:00 a.m. - 1:00 p.m.

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER: 477-7059   DATE: 11-19-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 93 | District to Serve No. 93 | Signature of Authorized USMS Deputy or Clerk | Date 11/22/04 |
| --- | --- | --- | --- | --- | --- |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

RETURNED UNEXECUTED. ATTORNEY TIMBLIN REQUEST TO SERVE BANK OF GUAM & 1ST HAWAIIAN BANK "ONLY".

Date of Service: 12-29-04   Time: 4:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits 50.00 | Amount owed to U.S. Marshal or | Amount of Refund |
| --- | --- | --- | --- | --- | --- | --- |

REMARKS:
Ck #7501 dtd 11/29/04 - Citizens Security $100.00 - ($50/$50 w/ 1st Hawaiian process) / CHECK TO APPLY TO AMENDED WRIT.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
| --- | --- | --- |

Terence E. Timblin
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorney for Plaintiff
KAIOH SUISAN CO., LTD.

FILED
DISTRICT COURT OF GUAM
NOV 10 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD. | CIVIL CASE NO. 02-00021 |
| Plaintiff, | |
| vs. | WRIT OF EXECUTION |
| GUAM YTK CORP., | |
| Defendant. | |

**TO: THE UNITED STATES MARSHAL SERVICE, GREETINGS:**

Plaintiff KAIOH SUISAN CO., LTD. ("KAIOH SUISAN"), on August 24, 2004, obtained Judgment, before the Honorable District Court Judge Ronald Lew, in Hagåtña, Guam, against Defendant **GUAM YTK CORPORATION**, Post Office Box 24134, GMF Guam, 96921, that Plaintiff KAIOH SUISAN shall recover the sum of Eight Hundred Sixteen Thousand Seven Hundred Seventy-Five and 68/100 Dollars ($816,775.68); prejudgment interest at the rate of two percent (2%) per annum from the due date of each installment provided for in the Agreement until the date of

-1-

Judgment (i.e., August 24, 2004) or the sum of $65,986.65; and post judgment interest from the date of the entry of Judgment (i.e., August 24, 2004) until fully satisfied.

WHEREAS, there remains a balance of the Judgment in the sum of Eight Hundred Sixteen Thousand Seven Hundred Seventy-Five and 68/100 Dollars ($816,775.68), prejudgment interest of $65,986.65; and statutory interest, presently due and owing as the Defendant **GUAM YTK CORPORATION** has not paid any part thereof.

NOW, THEREFORE, you are commanded to take with you the power of the Territory, if necessary, and to seize, attach, levy and sell that of the monies, accounts, goods and chattels of Defendant **GUAM YTK CORPORATION** in and to the following specified banks:

**BANK OF GUAM**
**BANK OF HAWAII**
**BANKPACIFIC**
**CITIBANK, N.A.**
**CITIZENS SECURITY BANK**
**COMMUNITY FIRST GUAM FEDERAL CREDIT UNION**
**FIRST HAWAIIAN BANK**
**GOVERNMENT OF GUAM EMPLOYEES' FEDERAL CREDIT UNION**
**METROPOLITIAN BANK & TRUST**
**NAVMAR FEDERAL CREDIT UNION**
**NAVY FEDERAL CREDIT UNION**
**PENTAGON FEDERAL CREDIT UNION**
**UNION BANK OF CALIFORNIA**
**USA FEDERAL CREDIT UNION**

YOU ARE FURTHER COMMANDED to take with you the power of the Territory, if necessary, and to seize, attach, levy and sell that of the monies, accounts, goods and chattels of Defendant **GUAM YTK CORPORATION** you cause