Judgment (i.e., August 24, 2004) or the sum of $65,986.65; and post judgment interest from the date of the entry of Judgment (i.e., August 24, 2004) until fully satisfied.

WHEREAS, there remains a balance of the Judgment in the sum of Eight Hundred Sixteen Thousand Seven Hundred Seventy-Five and 68/100 Dollars ($816,775.68), prejudgment interest of $65,986.65; and statutory interest, presently due and owing as the Defendant **GUAM YTK CORPORATION** has not paid any part thereof.

NOW, THEREFORE, you are commanded to take with you the power of the Territory, if necessary, and to seize, attach, levy and sell that of the monies, accounts, goods and chattels of Defendant **GUAM YTK CORPORATION** in and to the following specified banks:

**BANK OF GUAM**
**FIRST HAWAIIAN BANK**

YOU ARE FURTHER COMMANDED to take with you the power of the Territory, if necessary, and to seize, attach, levy and sell that of the monies, accounts, goods and chattels of Defendant **GUAM YTK CORPORATION** you cause to be levied the damages, and interest mentioned above, and your fees on such Writ, and that you return this Writ with your doings endorsed on it, to the undersigned within sixty (60) days from this date.

WITNESS my hand and seal of this Court this **DEC** 2 8 2004 .

/S/ Joaquin V.E. Manibusan Jr.

HON. JOAQUIN M.E. MANIBUSAN, JR.
MAGISTRATE JUDGE DISTRICT COURT
OF GUAM

-2-

I HAVE SERVED THE WRIT
ON 1/3/2005
(DATE & TIME)

USM

BY:

**FILED**

DISTRICT COURT OF GUAM

JAN 03 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

U.S. Department of Justic⬤
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kaioh Suisan Co., Ltd. | Civil Case No. 02-00021 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Guam YTK Corp. | *Amended* Execution & Levy |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | FIRST HAWAIIAN BANK |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 400 Route 8, Mongmong, Guam  96927 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

```
Terence E. Timblin, Esq.
VERNIER & MAHER, LLP
115 Hesler Place, Ground Flr.
Gov. Joseph Flores Building
Hagatna, Guam 96910-5004
Tel: 477-7059  Fax: 472-5487
```

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                      Fold

FIRST HAWAIIAN BANK

Tel: 475-7900

HOURS OF OPERATION
9:00 a.m. - 3:00 p.m. (Mon. - Thurs.)
9:00 a.m. - 6:00 p.m. (Friday)
9:00 a.m. - 1:00 p.m. (Saturday)

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 477-7059 | 12-30-04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 93 | No. 93 | | 12/30/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Doris Camacho | |

| Address (complete only if different than shown above) | Date of Service | Time | ☒ am ☐ pm |
|---|---|---|---|
| | 1/3/2005 | 10:55 | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45. | 3 miles | $1.13 | $46.13 | 53. | | $6.99 |

REMARKS: $1.13

RECEIVED
JAN 03 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kaioh Suisan Co., Ltd. | Civil Case No. 02-00021 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Guam YTK Corp. | Amended Execution & Levy |

**SERVE** ➤

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

BANK OF GUAM

**AT**

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

111 Chalan Santo Papa, Hagatna, Guam 96910

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Terence E. Timblin, Esq.
VERNIER & MAHER, LLP
115 Hesler Place, Ground Flr.
Gov. Joseph Flores Building
Hagatna, Guam 96910-5004
Tel: 477-7059  Fax: 472-5487

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

BANK OF GUAM
POST OFFICE BOX BW
HAGATNA, GUAM  96932
TEL:  472-5300
FAX:  477-5454

HOURS OF OPERATION:

10:00 a.m. - 3:00 p.m. (Mon-Thurs)
10:00 a.m. - 6:00 p.m. (Fri.)
9:00 a.m. - 1:00 p.m. (Sat.)

| Signature of Attorney or other Originator requesting service on behalf of: | [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER 477-7059 | DATE 12/30/04 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 93 | No. 93 | | 12/30/04 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| Doreen Camacho | [ ] A person of suitable age and discretion then residing in the defendant's usual place of abode. |

| Address (complete only if different than shown above) | Date of Service | Time | am/pm |
|---|---|---|---|
| | 1/3/2005 | 10:39 | am |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45. | 5 miles | $1.88 | $46.88 | 100.00 | | 12 |

REMARKS: 1.88

**RECEIVED**
JAN 03 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Terence E. Timblin
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam  96910
Telephone:  (671) 477 7059
Facsimile:  (671) 472-5487

U.S. MARSHALS-GUAM
RECEIVED
28 DEC 2004      00

FILED
DISTRICT COURT OF GUAM

DEC 2 9 2004

MARY L.M. MORAN
CLERK OF COURT

Attorney for Plaintiff
KAIOH SUISAN CO., LTD.

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

KAIOH SUISAN CO., LTD.          ) CIVIL CASE NO. 02-00021
                                 )
       Plaintiff,            )
                                 ) **AMENDED**
     vs.                ) **WRIT OF EXECUTION**
                                 )
GUAM YTK CORP.,              )
                                 )
       Defendant.          )
                                 )
_____)

**TO:   THE UNITED STATES MARSHAL SERVICE, GREETINGS:**

Plaintiff KAIOH SUISAN CO., LTD. ("KAIOH SUISAN"), on August 24, 2004,

obtained Judgment, before the Honorable District Court Judge Ronald Lew, in

Hagåtña, Guam, against Defendant **GUAM YTK CORPORATION**, Post Office Box

24134, GMF Guam, 96921, that Plaintiff KAIOH SUISAN shall recover the sum of Eight

Hundred Sixteen Thousand Seven Hundred Seventy-Five and 68/100 Dollars

($816,775.68); prejudgment interest at the rate of two percent (2%) per annum from

the due date of each installment provided for in the Agreement until the date of

-1-