Terence E. Timblin
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477 7059
Facsimile: (671) 472-5487

Attorney for Plaintiff
KAIOH SUISAN CO., LTD.

**FILED**
DISTRICT COURT OF GUAM
JAN 03 2005
MARY L.M. MORAN
CLERK OF COURT

45

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| KAIOH SUISAN CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM YTK CORP.,<br><br>Defendant. | CIVIL CASE NO. 02-00021<br><br>NOTICE OF LEVY ON BANK ACCOUNTS AND SAFE DEPOSIT BOXES |

TO: **BANK OF GUAM**
**FIRST HAWAIIAN BANK**

**PLEASE TAKE NOTICE** that all monies, goods, letters of credit, effects, safe deposit boxes or contents, or any personal property in your possession or under your control belonging to the within named judgment debtor **GUAM YTK CORPORATION**, is hereby attached by virtue of the accompanying Writ. You are hereby notified not to pay over or transfer the same to anyone but myself.

-1-

You are further directed to deliver to the office which is: United States Marshal Service, District Court of Guam, 520 West Soledad Avenue, Hagåtña, Guam 96910, all funds to the extent necessary to satisfy the Judgment, interest and costs due.

PLEASE FURNISH a statement or memorandum stating the amount and description of any monies or contents of any safe deposit boxes belonging to Defendant **GUAM YTK CORPORATION.**

JOAQUIN L.G. SALAS
UNITED STATES MARSHAL

Dated: 1/3/2005          BY: _____
                              DEPUTY MARSHAL



RECEIVED
JAN 03 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-